IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

——————————————————X
:
IN RE: ASBESTOS PRODUCTS LIABILITY :
:
LITIGATION (NO. VI) :
:
X
:
This Document Relates to: : CIVIL ACTION NO. MDL 875
:
BETTY L. MULLIS, Administratrix of the Estate :
of JESSIE PHILEMON MULLIS, Deceased :
C.A. NO. 3:95CV199-H :
:
——————————————————X

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

BETTY L. MULLIS, Administratrix of the Estate §
of JESSIE PHILEMON MULLIS, Deceased §
§
§
Plaintiff, §
vs. §
§ CIVIL ACTION NO. 3:95CV199-H
ASBESTOS CORPORATION, LTD, et al §
§
Defendants. §

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT ASBESTOS CORPORATION OF AMERICA**

COMES NOW Plaintiff Betty L. Mullis, Administratrix of the Estate of Jessie Philemon

Mullis, Deceased, in the above-referenced action, and files this Notice of Voluntary Dismissal

Without Prejudice as to Defendant Asbestos Corporation of America, under Civ. R. 41.1(a). As this

is the first time Defendants have been dismissed regarding Plaintiff Jessie Philemon Mullis'

asbestos-related personal injury claims, this dismissal is without prejudice and does not act as an adjudication upon the merits. Additionally, each party is to bear its own costs.

Respectfully Submitted,

_____
LADD R. GIBKE
Texas State Bar No.: 07857400
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
214/521-3605/FAX: (214) 520-1181

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Plaintiff's Betty L. Mullis, Administratrix of the Estate of Jessie Philemon Mullis, Deceased, Notice of Voluntary Dismissal Without Prejudice as to Defendant Asbestos Corporation of America has been filed via first class mail on August 17, 2005.

_____
LADD R. GIBKE

So Ordered
Charles R Weiner, S.J.
Charles R. Weiner
9/21/2005